UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANTHONY RICKETTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-1541 (RDA/TCB) |
| KSJ & ASSOCIATES, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter comes before the Court on Defendant KSJ & Associates, Inc.'s ("Defendant") Second Consent Motion to Extend the Final Pretrial Conference Date. (Dkt. 25.) Upon the consent of the parties and for good cause shown, it is hereby

**ORDERED** that the Motion (Dkt. 25) is **GRANTED**; and it is further

**ORDERED** that the final pretrial conference is **RESCHEDULED** for Wednesday, August 4, 2021 at 10:00 a.m. before The Honorable District Judge Rossie D. Alston, Jr.

ENTERED this 14th day of July, 2021.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia