IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANTHONY RICKETTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-01541 |
| | ) | (RDA/TCB) |
| KSJ & ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter comes before this Court on the Parties' Praecipe of Dismissal with Prejudice. Dkt. 41. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITH PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
December 21, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge